# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

——————————————

No. 1D18-1728

——————————————

JAMES WHITFIELD,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

——————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


July 17, 2018


PER CURIAM.

    The second or successive petition for writ of habeas corpus is
dismissed.  *See* Fla. R. App. P. 9.141(d)(6)(C).

WOLF, LEWIS, and RAY, JJ., concur.


——————————————

    ***Not final until disposition of any timely and
    authorized motion under Fla. R. App. P. 9.330 or
    9.331.***

——————————————

James Whitfield, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.